IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROMEO E. URBINO, | No. C-05-1845 MMC |
| Plaintiff, | **ORDER DISMISSING ACTION** |
| v. | |
| SOCIAL VOCATIONAL SERVICES, INC., | |
| Defendant. | |

    On September 2, 2005, the Court issued an order requiring plaintiff to show cause in writing, no later than September 16, 2005, why the above-titled action should not be dismissed for failure to prosecute, as a result of plaintiff's failure to appear at the September 2, 2005 case management conference. The Court further ordered plaintiff to serve defendant with a copy of the summons and complaint, and to file proof of such service, no later than September 16, 2005. The Court notified plaintiff that his failure to show cause in writing, or to file proof of service, by September 16, 2005 would result in dismissal of the above-titled action, without prejudice. To date, plaintiff has filed no response to the order to show cause, and has failed to file proof of service.

    Accordingly, the above-titled action is hereby DISMISSED, without prejudice, for failure to prosecute, pursuant to Rule 41(b) of the Federal Rules of Civil Procedure, and for failure to timely serve defendant, pursuant to Rule 4(m) of the Federal Rules of Civil

1  Procedure.
2         The Clerk shall close the file.
3         **IT IS SO ORDERED.**
4  Dated: September 20, 2005                MAXINE M. CHESNEY
                                            United States District Judge

2